OFFICE OF THE CITY ATTORNEY
GARY VERBURG, City Attorney
State Bar No. 005515
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Denton Casey, Bar No. 011421
Assistant Chief Counsel
Attorney for Defendants/Appellees City of Phoenix and Mayor Philip Gordon

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DIANNE BARKER,<br><br>Plaintiffs/Appellants,<br><br>vs.<br><br>CITY OF PHOENIX, MUNICIPAL CORPORATION; MAYOR PHILIP GORDON; 21ST CENTURY INS. OF S. WEST; JOSE MESA RAMIREZ; AND JIMMY MESA MUNETON, et al.,<br><br>Defendants/Appellee. | Court of Appeals Docket No. 12-15228<br><br>District Court Docket No. CV 11-1543-PHX-NVW<br><br>**DEFENDANTS CITY OF PHOENIX AND MAYOR PHILIP GORDON'S MOTION TO DISMISS** |

Defendants/Appellees City of Phoenix and Mayor Philip Gordon move to dismiss this appeal due to lack of jurisdiction since the notice of appeal was untimely filed as required by Rule 4(a) of the Federal Rules of Appellate

Procedure. On February 1, 2012, Plaintiff/Appellant Dianne Barker filed a notice of appeal of a U.S. District Court Judgment and Order entered December 29, 2011. A copy of the notice of appeal with the U.S. District Court Judgment and Order are attached as an exhibit to this motion. Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case "must be filed with the district clerk within 30 days after the judgment or order appealed from is entered." To be timely filed, Plaintiff/Appellant's notice of appeal should have been filed on or before January 30, 2012, but instead was filed two days later. Compliance with Rule 4(a) of the Federal Rules of Appellate Procedure is mandatory and jurisdictional. *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007). Failure to comply with the timeliness provisions of Rule 4(a) deprives this Court of jurisdiction and requires dismissal. *Id.* Therefore, Defendants/Appellees respectfully urge this Court to dismiss this appeal.

DATED this 24th day of February, 2012.

GARY VERBURG, City Attorney

By  /s/ Denton A. Casey
Denton A. Casey
Assistant Chief Counsel
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Attorneys for Defendants/Appellees City of Phoenix and Mayor Philip Gordon

CEK:
956285_1.DOC

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

2

## **PROOF OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 24, 2012.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

>   Dianne Barker
>   3219 East Camelback Road, #393
>   Phoenix, AZ 85018

DATED this 24th day of February, 2012.

                                              /s/ C. Rivera

956285_1.DOC

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

3