EXHIBIT 1

Dianne Barker
3219 E. Camelback Rd, #393
Phoenix, AZ 85018

RECEIVED
CITY OF PHOENIX
2012 FEB -1 PM 5: 07
CITY ATTORNEY'S OFFICE



FILED ___ LODGED ___
RECEIVED ___ COPY ___
FEB 0 1 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker, Plaintiff | No. C11-1543- PHX-NVW |
| vs. | **NOTICE OF APPEAL** |
| City of Phoenix et al<br>Defendants | |

Notice is hereby given that Dianne Barker, plaintiff in above case appeals to **US COURT OF APPEALS FOR THE 9TH CIRCUIT** from the final judgment of order, NVW/KMG, entered <u>29th</u> day of <u>December 2011</u>.

Respectfully Submitted & Signed:

_Dianne Barker_
Dianne Barker, informa pauperis

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker,<br><br>        Plaintiff,<br><br>vs.<br><br>City of Phoenix et al.,<br><br>        Defendants. | No. CV11-1543-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendant City of Phoenix's Motion to Dismiss Amended Complaint (Doc. 16). The time to file a response has expired, and no response has been filed. The Motion will be considered and granted on its merits.

The Amended Complaint in no way cures the defects for which the original complaint was dismissed (Doc. 8). Indeed, the Amended Complaint remains mostly unintelligble, except that there was an automobile accident in the City of Phoenix. It does not state a claim against the City of Phoenix or any other Defendant. It does not come close to meeting the pleading requirements of Fed. R. Civ. P. 8 and 10.

Since Plaintiff has previously been given an opportunity to cure the complaint by amendment and has not cured the deficiencies, the Amended Complaint will be dismissed without leave for further amendment. The deficiencies plainly apply to the claims against all Defendants, not just the City of Phoenix.

IT IS THEREFORE ORDERED that Defendant City of Phoenix's Motion to Dismiss Amended Complaint (Doc. 16) is granted.

IT IS FURTHER ORDERED that this action is dismissed for failure to state a claim as against all Defendants.

IT IS FURTHER ORDERED that the Clerk enter judgment dismissing this action for failure to state a claim upon which relief can be granted. The Clerk shall terminate this action.

Dated: December 28, 2011.

_____
Neil V. Wake
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV 11-1543-PHX-NVW |
| ) | |
| v. ) | |
| ) | |
| City of Phoenix, et al., ) | |
| ) | |
| Defendant(s). ) | |

__  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED per the Court's order filed 12/29/2011, that plaintiff's Amended Complaint and this action are dismissed, for failure to state a claim upon which relief can be granted. This case is dismissed.

12/29/2011  
Date

RICHARD H. WEARE  
District Court Executive/Clerk

s/Kathy Gerchar  
(By) Deputy Clerk

cc: (all counsel of record)