RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 27 2012

FILED _____
DOCKETED _____
DATE    INITIAL

February 23rd, 2012

-OFFICE of the CLERK-
Molly C. Dwyer
Clerk of Court
Ruben Talavera
Deputy Clerk
US Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: 2:11-cv-01543-NVW; 12-15228

Dear Ms Dwyer & Mr. Talavera:

Thank you for your packet of Ninth Circuit Information for what I just received.

Please know my standing informa pauperis status per FRAP 24(a), so am not subject to filing motion for desired fees waiver on this appeal. Also, please feel free to send me a free copy of Ninth Circuit Rules at my address. Thank you again for contacting me with your valuable details.

Sincerely,
Dianne Barker
The UPS Store — MAILBOX
3219 E. Camelback Rd. #393
Phoenix, AZ 85018