Name: Dianne Barker,
Informa pauperis Proper
Address: 5111 No 40th Street, C114
Phoenix, AZ 85018

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 16 2012

FILED _____
DOCKETED _____
DATE _____ INITIAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DIANNE BARKER, | No. 12-15228 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01543-NVW |
| v. | District of Arizona, Phoenix |
| CITY OF PHOENIX, named as: City of Phoenix Municipal Corporation; et al., | RECONSIDERATION |
| Defendants - Appellees. | |

Reconsideration of Order dated February 28th, 2012 is requested.

Lower Court's "Reopen" has been requested (ExA) for just disposal of over looked December 28th Motion. This party has been misunderstood and severely punished, particularly when Court's power of any possible untimely appeal may extend to justice, FRAP Rule 4 B 3 options, 28 USC 2107 Boudette v. Barnette 923 F.2d 754756 b 9th Cir 1991, appellee not suffering.

Dianne Barker
DIANNE BARKER

Copy of the foregoing mailed this 13th day of March, 2012, to:
City of Phoenix Attorney's Office c/o Denton Casey
200 W. Washington, 13th Fl, PHX, AZ 85003

Name: Dianne Barker,
Informa Pauperis Proper

Address:
5111 No 40th St, C114
Phoenix, AZ 85018

FILED ☑   LODGED ☑
RECEIVED ___ COPY ☑

MAR 13 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Dianne Barker
Plaintiff,

v

City of Phoenix, et al
Defendant(s),

2:11-cv-01543-NVW

Case No. 12-15228

MOTION:
REOPEN

Request to REOPEN case for good cause as follows:

December 28th, 2011 motion of plaintiff on court's docket is unadjudicated as overlooked and court misunderstanding. Futhermore, if any appeal herein is untimely, even by little two (2) days, per Bouette v Bouette 783 f2d 754, 756, 9th C.R. 1991, there's genuine reinstatement relief for defendant not suffering while plaintiff severely punished. Thuing not received court December 29th, 2011 dismissal within 21 days, FRCP 4 Exception for any "excusable neglect." * 28 USC 2107

Respectfully submitted this 13 day of MARCH, 2012.

Dianne Barker
(Attest to truthfulness herein)

Copy of the foregoing mailed/delivered
this 13 day of MARCH, 2012, to: City of Phoenix/Denton Casey

* City of Scottsdale encarcerated me for eleven (11) days. I had $1.00, no eyeglasses and no access to mail.