FILED

UNITED STATES COURT OF APPEALS

MAR 23 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIANNE BARKER,<br><br>                Plaintiff - Appellant,<br><br>   v.<br><br>CITY OF PHOENIX, named as: City of<br>Phoenix Municipal Corporation; et al.,<br><br>              Defendants - Appellees. | No. 12-15228<br><br>D.C. No. 2:11-cv-01543-NVW<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

The motion for reconsideration is denied as untimely. *See* 9th Cir. R. 27-10

(motion for reconsideration of order that terminates case must be filed within 14

days).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Monica Fernandez
Motions Attorney/Deputy Clerk

MF/Pro Se