FILED

MAY 04 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DIANNE BARKER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CITY OF PHOENIX, named as: City of Phoenix Municipal Corporation; et al.,<br><br>        Defendants - Appellees. | No. 12-15228<br><br>D.C. No. 2:11-cv-01543-NVW<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

Appellant's April 16, 2012 emergency motion requests reconsideration of this court's March 23, 2012 order denying appellant's first motion for reconsideration as untimely and requests that this court recall the mandate.

The motion for reconsideration is denied.

The motion to recall the mandate is denied because there are no "extraordinary circumstances" to support such relief. *See Calderon v. Thompson*, 523 U.S. 538, 550 (1998).

No further filings shall be accepted in this closed case.

MF/Pro Se